1
2
3
4
5
6
7

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com
Attorney for Defendant:
Quality Loan Service Corporation

8                    IN THE UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10

11  JONATHAN V. DAVID,                     )  Case No.: 2:11-cv-01847-LDG-PAL
                                           )
12              Plaintiff,                  )
                                           )
    v.                                     )
13                                         )
    WELLS FARGO BANK, N.A.; QUALITY        )   **ORDER GRANTING
14  LOAN SERVICE CORPORATION;              )   JOINDER MOTION TO DISMISS
    MORTGAGE ELECTRONIC                    )   PLAINTIFF'S COMPLAINT FILED BY
15  REGISTRATION SYSTEMS, INC.; and        )   QUALITY LOAN SERVICE
    DOES 1-100,                            )   CORPORATION**
16                                         )
                Defendants.                )
17                                         )
                                           )
18                                         )
                                           )
19                                         )

20        Defendants, Wells Fargo Bank, N.A. and Mortgage Electronic Registrations Systems,

21  Inc. filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) on January 18,

22  2012 (Docket No. 7).  On January 19, 2012, Defendant, Quality Loan Service Corporation filed a

23  Joinder to the Motion to Dismiss (Docket No. 11).  The Docket Report shows that Plaintiff has

24  failed to file a response to the Motion to Dismiss..

25        The Court having considered the moving papers, its own files, and good cause appearing,

26  rules as follows:

27        1.    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants'

28  Motion to Dismiss was required to be filed with the Court and served within fourteen days after

service of the motion.  No Response and/or Opposition has been filed by the Plaintiff regarding this matter.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

2.  The Court may grant the Motion to Dismiss for failure to follow local rules.  *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995).  Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond.

IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Dismiss Plaintiff's Complaint for failure to state a claim for relief and Quality Loan Service Corporation's joinder thereto is GRANTED and Defendant, Quality Loan Service Corporation is hereby dismissed with prejudice.

IT IS SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
    Christopher M. Hunter
    9510 W. Sahara, Suite 110.
    Las Vegas, NV 8911701