WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN V. DAVID,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100.<br><br>  Defendants. | Case No.:  2:11-cv-01847-LDG-PAL<br><br>**ORDER GRANTING DEFENDANTS WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS MOTION TO DISMISS (DOC. 7) AND MOTION TO EXPUNGE PLAINTIFF'S LIS PENDENS (DOC. 8)** |

   Pending before the Court, Defendants, Wells Fargo Bank, N.A. (hereinafter Wells Fargo) and Mortgage Electronic Registration Systems, Inc. (hereinafter MERS) (collectively "Defendants"), Motion to Dismiss Plaintiff's Complaint (Docket No. 7, the Court having reviewed the pleadings and papers on file, the Court having Notice that Plaintiff has failed to file a response to Defendants' Motion to Dismiss, the Court being fully advised in the premises, and good cause appearing therefore,

1       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to
2  Dismiss is granted and the Complaint is hereby dismissed with prejudice pursuant to F.R.C.P.
3  12(b)(6) for failure to state a claim upon which relief can be granted.
4       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Notice of
5  Pendency of Action or Lis Pendens recorded by the Plaintiff on November 16, 2011 in the
6  Official Records of the Clark County, Nevada bearing Instrument Number 201111160002755
7  relating to this action and the real property that is the subject of this action located at 508
8  Jimijo Ct., Henderson, Nevada 89053; APN:178-30-211-013, and legally described as:

> LOT 80, BLOCK 2, OF TETON RANCH-UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 80 OF PLATES, PAGE 62 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AS AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED DECEMBER 10, 1997 IN BOOK 971210 AS DOCUMENT NO. 00598, OFFICIAL RECORDS

12  is hereby cancelled, and this cancellation shall have the effect of an expungement of it pursuant
13  to NRS 14.015 and it shall have from this day forward have no force or effect.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order (or other appropriate notice) cancelling the Notice of Pendency of Action or Lis Pendens' with the Clark County Recorder's Office within five business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

DATED this ___ day of February, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

WRIGHT, FINLAY & ZAK, LLP

_____
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Wells Fargo Bank, NA and Mortgage Electronic Registration Systems, Inc.*